UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Rodney Rollins
                    Plaintiff,

v.                                                    Case No.: 1:14–cv–06153
                                                      Honorable Sharon Johnson Coleman

Allen Murphy, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 9/18/2014. Plaintiff's motion for relief from order to dismiss [7] is denied.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.